UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Trustees of the Teamsters Local 456 Pension, Health & Welfare, Annuity, Education & Training, S.U.B. Industry Advancement and Legal Services Funds and the Westchester Teamsters Local Union No. 456, | ) ) ) Index # 15-CIV-2317 (CM) ) ) |
| Plaintiffs, | ) **STATEMENT OF** ) **DAMAGES** |
| -against- | ) ) |
| Bibeau Construction Co., Inc. a/k/a Spar Construction Co., Inc., | ) ) ) |
| Defendant. | ) ) |

Benefit Fund contributions due
for the period July 21, 2014 through to and including January 4, 2015……. $23,126.20

Back Interest for the period
March 2014 through to and including June 2014………………................... $   109.53

Union Dues owed for the period
for the period July 21, 2014 through to and including January 4, 2015….. $ 1,378.98

Interest calculated at (10%) per annum for each delinquent month
through to May 10, 2015…………………….…......................……. $   919.95

Liquidated damages calculated at 10% of the ERISA Benefit Funds………$ 2,312.62

Attorney's Fees …………………………….. ……………………. $ 4,446.37

Court Costs & Disbursements:

    Filing Fees (Index)……………………………………….…… $   400.00
    Process Server Fee……………………………………….…… $    80.00


**GRAND TOTAL:**……………………………………………..   **$32,773.65**